1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 BOARD OF TRUSTEES OF THE                  Case No.:  C 11-00561 EMC
   LABORERS HEALTH AND WELFARE
11 TRUST FUND FOR NORTHERN                   **REQUEST TO EXTEND TIME TO
   CALIFORNIA; BOARD OF TRUSTEES OF          ALLOW DEFENDANTS TO APPEAR;
12 THE LABORERS VACATION-HOLIDAY             ORDER THEREON**
   TRUST FUND FOR NORTHERN
13 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
14 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE
15 LABORERS TRAINING AND RETRAINING
   TRUST FUND FOR NORTHERN
16 CALIFORNIA,

17              Plaintiffs,

18      v.

19 RMT LANDSCAPE CONTRACTORS, INC.,
   a California corporation; RICK LOUIS DE
20 HERRERA, an individual,

21              Defendants.

22
        Plaintiffs hereby provide this Court with a Request to Extend Time to Allow Defendants
23
   to appear in this case, based upon the following.  On February 7, 2011 Plaintiffs filed their
24
   Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid
25
   Trust Fund Contributions, For Breach of Fiduciary Duty and For a Mandatory Injunction
26
   ("Complaint").  Defendant RMT Landscape Contractors, Inc. ("RMT") was served on February
27
   10, 2011.  RMT's responsive pleading was due on or before March 3, 2011.  Plaintiffs were
28

1  having some difficulty serving its RMO/CEO/President, Defendant Rick Louis De Herrera ("De
2  Herrera").
3        In early March, 2011 Plaintiffs' counsel was contacted by Richard N. Hill, a partner at
4  Littler Mendelson in San Francisco, advising counsel that he believed he would be retained by
5  RMT and Herrera. Mr. Hill further advised Plaintiffs' counsel that once retained, he would
6  accept service of process on behalf of Defendant Herrera.
7        On March 22, 2011 Plaintiffs filed with this Court the Notice and Acknowledgment of
8  Receipt of Summons and Complaint ("Notice and Acknowledgment") executed by Mr. Hill on
9  behalf of Defendant Herrera. Defendant Herrera's responsive pleading is due on or before April
10 12, 2011.
11       Counsel for Plaintiffs and counsel for Defendants have conferred and are attempting to
12 resolve this case via informal settlement discussions. Plaintiffs and Defendants need additional
13 time to attempt to resolve this case in lieu of further litigation.
14       Based on the above, Plaintiffs respectfully request that this Court grant Defendants up to
15 and including April 29, 2011 to file a responsive pleading. The Initial Case Management
16 Conference is scheduled for May 25, 2011, with the parties' Rule 26(f) Reports, Initial
17 Disclosures and Case Management Statement being due on May 18, 2011. As of this date,
18 Plaintiffs are not requesting that these dates be re-scheduled, but will advise the Court prior to
19 May 18, 2011 if progress towards settlement is being made in and a further continuance of the
20 Case Management Conference and other deadlines are requested.
21 DATED: March 24, 2011

                                         BULLIVANT HOUSER BAILEY PC

                                         By _/s/ Ronald L. Richman_____
                                             Ronald L. Richman
                                             Susan J. Olson

                                             Attorneys for Plaintiffs

## ORDER

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that Defendants shall have up to and including April 29, 2011 to file a responsive pleading in this case. No other deadlines in the Order Setting Initial Case Management Conference and ADR Deadlines are changed, at this time.

DATED: March 25, 2011

By 
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

13245403.1