Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> RMT LANDSCAPE CONTRACTORS, INC., a California corporation; RICK LOUIS DE HERRERA, an individual, <br><br> Defendants. | Case No.: C 11-00561 EMC <br><br> **STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON** <br><br> Date:    September 2, 2011 <br> Time:    10:30 a.m. <br> Ctroom:  5, 17th Floor <br>             **Hon. Edward M. Chen** |

## STATEMENT

On July 28, 2011 the parties participated in Early Neutral Evaluation with ENE Stephen A. McKae. The parties reached a settlement of the case.

/ / /

/ / /

– 1 –

STATEMENT IN LIEU OF CASE MANAGEMENT STATEMENT; ORDER THEREON

The parties anticipate that the settlement agreement will be executed and this case dismissed within the next 60 days. Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for 60 days at which time the parties expect this case will be dismissed pursuant to the settlement reached by the parties.

DATED:  August 29, 2011

                              BULLIVANT HOUSER BAILEY PC

                              By  /s/_____
                                  Ronald L. Richman
                                  Susan J. Olson

                              Attorneys for Plaintiffs

DATED:  August 29, 2011

                              LITTLER MENDELSON

                              By  /s/_____
                                  Richard N. Hill

                              Attorneys for Defendants

### **ORDER**

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 9       , 2011, Courtroom 5, 17TH Floor. Should Plaintiffs have their dismissal on file prior to the Case Management Conference, the Case Management Conference will be vacated.

DATED:  August  30 , 2011

                              By _____
                                                            JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen]

13508435.1