Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>RMT LANDSCAPE CONTRACTORS, INC., a California corporation; RICK LOUIS DE HERRERA, an individual,<br><br>Defendants. | Case No.: C 11-00561 EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     December 20, 2011<br>Time:     9:00 a.m.<br>Ctroom:   5, 17th Floor<br>          Hon. Edward M. Chen |

**STATEMENT**

On July 28, 2011 the parties participated in Early Neutral Evaluation with ENE Stephen A. McKae. The parties reached a settlement of the case.

The parties are still working out the final details of the settlement agreement and now anticipate that the settlement agreement will be executed and this case dismissed within the next 30 days.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;                – 1 –

1	Based on the above, Plaintiffs respectfully request that this Court continue the Case
2	Management Conference for 30 days at which time the parties expect this case will be dismissed
3	pursuant to the settlement reached by the parties.
4	DATED: December 13, 2011

BULLIVANT HOUSER BAILEY PC

By /s/_____
    Ronald L. Richman
    Susan J. Olson

Attorneys for Plaintiffs

DATED: December 13, 2011

LITTLER MENDELSON

By /s/_____
    Richard N. Hill

Attorneys for Defendants

**ORDER**

Pursuant to Plaintiffs' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to
_____January 27_____, 2012, at 9:00 a.m. Courtroom 5, 17th Floor. Should Plaintiffs have their dismissal on file prior to the Case Management Conference, the Case Management Conference will be vacated.

DATED: December 16, 2011

By _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
/s/ Judge Edward M. Chen

13642600.1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;   – 2 –