1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 BOARD OF TRUSTEES OF THE                Case No.:  C 11-00561 EMC
   LABORERS HEALTH AND WELFARE
11 TRUST FUND FOR NORTHERN                 JOINT REQUEST TO CONTINUE CASE
   CALIFORNIA; BOARD OF TRUSTEES OF        MANAGEMENT CONFERENCE;
12 THE LABORERS VACATION-HOLIDAY           ORDER THEREON
   TRUST FUND FOR NORTHERN
13 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
14 FOR NORTHERN CALIFORNIA; and            Date:       February 10, 2012
   BOARD OF TRUSTEES OF THE                Time:       10:30 a.m.
15 LABORERS TRAINING AND RETRAINING        Ctroom:     5, 17th Floor
   TRUST FUND FOR NORTHERN                             Hon. Edward M. Chen
16 CALIFORNIA,

17               Plaintiffs,

18       v.

19 RMT LANDSCAPE CONTRACTORS, INC.,
   a California corporation; RICK LOUIS DE
20 HERRERA, an individual,

21               Defendants.

22

23       As ordered by this Court, the parties and counsel met on February 7, 2012 to engage in

24 further settlement discussions.  While the parties were unable to reach a final settlement, the

25 parties were able to reach an interim settlement agreement that allows Defendants an additional

26 90 days to develop a work-out plan which the parties hope will lead to a final settlement and

27 resolution of the case.

28

                                      – 1 –

1    Based on the above, the parties respectfully request that this Court continue the February

2  10, 2012 case management conference for 90 days.  Prior to the re-scheduled case management

3  conference, the parties agree to file with the court an updated case management conference

4  statement advising the court as to the status of further settlement negotiations.

5  DATED:  February 8, 2012

6                                                       BULLIVANT HOUSER BAILEY PC

7

8                                                       By  /s/_____
                                                            Ronald L. Richman
9                                                           Susan J. Olson

10                                                      Attorneys for Plaintiffs

11  DATED:  February 8, 2012

12

13                                                      LITTLER MENDELSON

14

15                                                      By  /s/_____
                                                            Richard N. Hill

16                                                      Attorneys for Defendants

17                                              **ORDER**

18      Pursuant to the parties' request and good cause appearing:

19      IT IS HEREBY ORDERED that the Case Management Conference be continued to

20  _____5/18_____, 2012, Courtroom 5, 17th Floor at __10:30__ a.m.  The parties are to file a joint

21  case management conference statement seven (7) days prior to the case management conference

22  advising the Court of the status of the settlement discussions.

23  DATED:  February __9__, 2012

24

25                                                      By  _____
                                                            HON. EDWARD M. CHEN
26                                                          UNITED STATES DISTRICT JUDGE

27

28  13682633.1

IT IS SO ORDERED

Judge Edward M. Chen

– 2 –