1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7

              UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9

10  BOARD OF TRUSTEES OF THE              Case No.: C 11-00561 EMC
    LABORERS HEALTH AND WELFARE
11  TRUST FUND FOR NORTHERN               JOINT REQUEST TO CONTINUE CASE
    CALIFORNIA; BOARD OF TRUSTEES OF      MANAGEMENT CONFERENCE;
12  THE LABORERS VACATION-HOLIDAY         ORDER THEREON
    TRUST FUND FOR NORTHERN
13  CALIFORNIA; BOARD OF TRUSTEES OF
    THE LABORERS PENSION TRUST FUND       Date:      February 10, 2012
14  FOR NORTHERN CALIFORNIA; and          Time:      10:30 a.m.
    BOARD OF TRUSTEES OF THE              Ctroom:    5, 17th Floor
15  LABORERS TRAINING AND RETRAINING                 Hon. Edward M. Chen
    TRUST FUND FOR NORTHERN
16  CALIFORNIA,

17              Plaintiffs,

18       v.

19  RMT LANDSCAPE CONTRACTORS, INC.,
    a California corporation; RICK LOUIS DE
20  HERRERA, an individual,

21              Defendants.

22
         As ordered by this Court, the parties and counsel met on February 7, 2012 to engage in
23
    further settlement discussions. While the parties were unable to reach a final settlement, the
24
    parties were able to reach an interim settlement agreement that allows Defendants an additional
25
    90 days to develop a work-out plan which the parties hope will lead to a final settlement and
26
    resolution of the case.
27

28

                                              – 1 –
    JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

1  Based on the above, the parties respectfully request that this Court continue the February
2  10, 2012 case management conference for 90 days.  Prior to the re-scheduled case management
3  conference, the parties agree to file with the court an updated case management conference
4  statement advising the court as to the status of further settlement negotiations.

DATED:  February 8, 2012

BULLIVANT HOUSER BAILEY PC


By /s/ _____
　　Ronald L. Richman
　　Susan J. Olson

Attorneys for Plaintiffs


DATED:  February 8, 2012

LITTLER MENDELSON


By /s/ _____
　　Richard N. Hill

Attorneys for Defendants

### ORDER

Pursuant to the parties' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __5/18__, 2012, Courtroom 5, 17th Floor at __10:30__ a.m.  The parties are to file a joint case management conference statement seven (7) days prior to the case management conference advising the Court of the status of the settlement discussions.

DATED:  February __9__, 2012

By _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

13682633.1

- 2 -
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON