Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>RMT LANDSCAPE CONTRACTORS, INC., a California corporation; RICK LOUIS DE HERRERA, an individual,<br><br>Defendants. | Case No.: C 11-00561 EMC<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: May 18, 2012<br>Time: 10:30 a.m.<br>Ctroom: 5, 17th Floor<br>Hon. Edward M. Chen |

Plaintiffs and Defendants respectfully request that this Court continue the Case Management Conference for two weeks to allow the parties to finalize a settlement agreement. The parties are in the final stages of negotiating a settlement agreement and are optimistic that within two weeks, the settlement agreement will be signed and subsequently, this case dismissed, in its entirety, without prejudice.

– 1 –
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

Based on the above, the parties respectfully request that this Court continue the May 18, 2012 case management conference for 14 days. Prior to the re-scheduled case management conference, the parties agree to file with the court an updated case management conference statement advising the court as to the status of further settlement negotiations.

DATED: May 11, 2012

BULLIVANT HOUSER BAILEY PC

By /s/ *Ronald L. Richman*
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: May 11, 2012

LITTLER MENDELSON

By /s/ *Richard N. Hill*
Richard N. Hill

Attorneys for Defendants

**ORDER**

Pursuant to the parties' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __June 12__, 2012, Courtroom 5, 17th Floor at __10:30__ a.m. The parties are to file a joint case management conference statement five (5) days prior to the case management conference advising the Court of the status of the settlement discussions.

DATED: May _14_, 2012

By _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

13769686.1

– 2 –
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON