1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California  94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5  E-Mail: susan.olson@bullivant.com

6  Attorneys for Plaintiffs

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9

10 | BOARD OF TRUSTEES OF THE            | Case No.:  C 11-00561 EMC
   | LABORERS HEALTH AND WELFARE         |
11 | TRUST FUND FOR NORTHERN             | **JOINT REQUEST TO CONTINUE CASE
   | CALIFORNIA; BOARD OF TRUSTEES OF    | MANAGEMENT CONFERENCE;
12 | THE LABORERS VACATION-HOLIDAY       | ORDER THEREON**
   | TRUST FUND FOR NORTHERN             |
13 | CALIFORNIA; BOARD OF TRUSTEES OF    |
   | THE LABORERS PENSION TRUST FUND     | Date:     May 18, 2012
14 | FOR NORTHERN CALIFORNIA; and        | Time:     10:30 a.m.
   | BOARD OF TRUSTEES OF THE            | Ctroom:   5, 17th Floor
15 | LABORERS TRAINING AND RETRAINING    |           Hon. Edward M. Chen
   | TRUST FUND FOR NORTHERN             |
16 | CALIFORNIA,                         |

17            Plaintiffs,

18       v.

19 RMT LANDSCAPE CONTRACTORS, INC.,
   a California corporation; RICK LOUIS DE
20 HERRERA, an individual,

21            Defendants.

22

23       Plaintiffs and Defendants respectfully request that this Court continue the Case

24 Management Conference for two weeks to allow the parties to finalize a settlement agreement.

25 The parties are in the final stages of negotiating a settlement agreement and are optimistic that

26 within two weeks, the settlement agreement will be signed and subsequently, this case

27 dismissed, in its entirety, without prejudice.

28

– 1 –
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

Based on the above, the parties respectfully request that this Court continue the May 18, 2012 case management conference for 14 days. Prior to the re-scheduled case management conference, the parties agree to file with the court an updated case management conference statement advising the court as to the status of further settlement negotiations.

DATED: May 11, 2012

BULLIVANT HOUSER BAILEY PC

By /s/ *Ronald L. Richman*
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

DATED: May 11, 2012

LITTLER MENDELSON

By /s/ *Richard N. Hill*
Richard N. Hill

Attorneys for Defendants

### ORDER

Pursuant to the parties' request and good cause appearing:

IT IS HEREBY ORDERED that the Case Management Conference be continued to __June 12__, 2012, Courtroom 5, 17th Floor at _10:30_ a.m. The parties are to file a joint case management conference statement five (5) days prior to the case management conference advising the Court of the status of the settlement discussions.

DATED: May _14_, 2012

By _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*

13769686.1

– 2 –
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON