Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> RMT LANDSCAPE CONTRACTORS, INC., a California corporation; RICK LOUIS DE HERRERA, an individual, <br><br> Defendants. | Case No.: C 11-00561 EMC <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants RMT Landscape Contractors, Inc. and Rick Louis De Herrera, on the other hand, that pursuant to the Settlement Agreement and Release and Stipulation for Judgment ("Settlement Agreement"), which is expressly incorporated by reference into this Stipulation for Dismissal Without Prejudice and For the Court To Retain Jurisdiction to Enforce Settlement,

- 1 -
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

that this Court dismiss this action, without prejudice, and retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court.

DATED: May 8, 2012

                        BULLIVANT HOUSER BAILEY PC

                        By _____
                             Ronald L. Richman
                             Susan J. Olson

                        Attorneys for Plaintiffs

DATED: May 22, 2012

                        LITTLER MENDELSON

                        By _____
                             Richard N. Hill

                        Attorneys for Defendants

**ORDER**

Pursuant to the parties' Stipulation and Settlement Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Settlement Agreement should any action be required to enforce the Settlement Agreement after the dismissal without prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America*, 511 US 357, 381 (1994); *Hagestad v. Tragesser*, 49 F.3rd 1430, 1432 (9th Cir. 1995).

DATED: May __31__, 2012

By: _____
HON. EDWARD M. CHEN
DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

13765948.1